Case 1:11-cv-11877-JCB   Document 94   Filed 03/06/14   Page 1 of 2
✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| Limoliner, Inc. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Dattco, Inc. | Case Number: 1:11-cv-11877-JCB |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | James S. Singer | Christopher S. Williams |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 3/3/2014 - 3/6/2014 | Carol Scott | Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Unmarked list titled "Limo Liner 3001 RO # 179598 |
| 2 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Marked-up list titled "Limo Liner 3001 RO # 179598 |
| 3 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Second marked-up list titled "Limo Liner 3001 RO # 179598 |
| 4 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Dattco job card |
| 5 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Dattco's time-slips |
| 6 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Dattco's preventive maintenance checklist (6/10/11) |
| 7 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  6/14/11 email from E. Corr to B. Hazel with List No. 1 attached |
| 8 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  Dattco's parts request form with additional item attached on a job card |
| 9 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  7/7/11 email from E. Corr to B. Hazel |
| 10 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  7/28/11 email from E. Corr to B. Hazel |
| 11 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  7/28/11 email string (3 emails) from E. Corr to B. Hazel |
| 12 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  7/29/11 email from B. Hazel to Steve Connolly |
| 13 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/3/11 email string (3 emails) between B. Hazel and S. Connolly |
| 14 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/3/11 email string (4 emails) 2 between B. Hazel and S. Connolly |
| 15 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/5/11-8/8/11 email string between B. Hazel and S. Connolly |
| 16 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/8/11 letter sent from S. Connolly to Dattco sales and service |
| 17 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/12/11  email from S. Connolly to B. Hazel |
| 18 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)   8/21/11  email from F. McCann to B. Gray |
| 19 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)   8/24/11  emaild from F. McCann to B. Gray and 8/24/11-8/25/11 emails |
| 20 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)   8/25/11  email from B. Hazel to F. McCann |
| 21 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/25/11  fax cover page from B. Hazel to F. McCann with attached bill |
| 22 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  8/26/11 email from F. McCannto B. Gray |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

| Limoliner, Inc. | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Dattco, Inc. | Case Number:  1:11-cv-11877-JCB |

| PRESIDING JUDGE Jennifer C. Boal | PLAINTIFF'S ATTORNEY James S. Singer | DEFENDANT'S ATTORNEY Christopher S. Williams |
|---|---|---|
| TRIAL DATE (S) 3/3/2014 - 3/6/2014 | COURT REPORTER Carol Scott | COURTROOM DEPUTY Steve York |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  9/1/11 letter from J. Singer to B. Gray |
| 24 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  9/14/11 email with letter from B. Gray to J. Singer with estimate |
| 25 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  9/14/11 three-page estimate for $14,627.82 |
| 26 | | 3/3/2014 | Y | Y | (Uncontested Exhibit)  10/17/11 email from E. Corr to B. Gray with attached photo by Dattco |
| 27 | | 3/3/2014 | Y | Y | (Uncontested Exbt) Document by limoliner submitted for settlement purpose only during Mediation |
| 28 | | 3/3/2014 | Y | Y | (Uncontested Exbt) Report of estimated losses to limoliner due to unavailability by Jennings PHD |
| 29 | | 3/3/2014 | Y | Y | (Uncontested Exhibit) Letter of findings by Mr. Deiters |
| | | 3/3/2014 | | | Testimony of plaintiffs' witness  Mr. Connolly |
| | 30 | 3/3/2014 | Y | Y | (Contested Exhibit F)    Bus driver's vehicle inspection report |
| | | 3/3/2014 | | | Testimony of plaintiffs' witness  of Michael Shangessy |
| | | 3/3/2014 | | | Testimony of plaintiffs' witness  of Mr. McCann |
| | | 3/4/2014 | | | Testimony of plaintiffs' witness  Mr. McCann continued |
| 31 | | 3/4/2014 | Y | | Calendar detailing times worked by mechanics |
| 32 | | 3/4/2014 | Y | | Time charts of mechanics  by date |
| | 33 | 3/4/2014 | Y | | A printed version of an online schedule from limoliner |
| | 34 | 3/4/2014 | Y | | Document proposed to refresh plaintiffs' witness McCann's memory |
| | | 3/4/2014 | | | Testimony of plaintiffs' expert witness  Dr. Jennings |
| 35 | | 3/4/2014 | Y | Y | (Contested Exhibit G)  Connolly Expert report |
| | | 3/5/2014 | | | Testimony of defendant's expert witness  Mr. Deiters |
| 36 | | 3/5/2014 | Y | | Spreedsheet prepared by Mr. Diters |
| | | 3/5/2014 | | | Testimony of defendant's  witness  Mr. Corr |
| | | 3/6/2014 | | | Testimony of defendant's  witness  Mr. Hazel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages