UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER INC., </br></br> Plaintiff/Defendant-in-Counterclaim, </br></br> vs. </br></br> DATTCO, INC., </br></br> Defendant/Plaintiff-in-Counterclaim. | CIVIL ACTION NO. </br> 1:11-CV-11877-JCB |

## PARTIES' JOINT PROPOSED JUDGMENT IN CIVIL ACTION

This action came to trial before the Court (Boal, M.J.) on March 3-6, 2014, with all parties consenting to the exercise of jurisdiction by the United States Magistrate Judge for all purposes, and pursuant to the Findings of Fact and Conclusions of Law dated September 24, 2014, it is hereby Ordered and Adjudged:

1. Judgment shall enter in favor of the Plaintiff LimoLiner, Inc. in the amount of $35,527.89, together with pre-judgment interest at the rate of 12% from the date of the Plaintiff's filing its Complaint on October 5, 2011 through the date of entry of this Judgment on October 14, 2014, in the amount of $12,893.19, for a total of $48,421.08.

2. Judgment shall enter in favor of the Plaintiff-in-Counterclaim Dattco, Inc. in the amount of $10,404.00, together with pre-judgment interest at the rate of 12% from the date of its filing its Counterclaim on November 30, 2011 through the date of entry of this Judgment on October 14, 2014, in the amount of $3,584.35, for a total of $13,988.35.

3. The parties shall bear their own costs.

Clerk of Court **ROBERT M. FARRELL**

Date: October 14, 2014    By: Steve York
                              Deputy Clerk