UNITED STATED DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIMOLINER, INC., </br>     Appellant, </br> </br> V. </br> </br> DATTCO, INC., </br>     Appellee. | ) </br> ) </br> ) </br> )     DOCKET NO: 1:11-CV-11877-JCB </br> ) </br> ) </br> ) |

## DATTCO, INC.'S LIMITED OPPOSITION TO LIMOLINER, INC.'S APPLICATION FOR WRIT OF EXECUTION

Defendant Dattco, Inc. in the above matter hereby opposes plaintiff LimoLiner, Inc.'s Application for Writ of Execution to the extent it seeks to have this Court assess *post-judgment* interest at the rate of 12%, instead of the rate for *post-judgment* interest called for in 28 USC §1961. As grounds therefor, Dattco states as follows:

1. This is a diversity matter in which the original judgment was entered on October 14, 2014.

2. In that judgment, the parties specifically agreed to *pre-judgment* interest in the amount of 12%.

3. The parties have made no agreement as to the amount or rate of post-judgment interest.

4. Federal law governs the entitlement to *post-judgment* interest in any federal civil suit, including a diversity suit. ***Vazquez-Filippetti v. Cooperativa de Seguros Multiples de Puerto Rico***, C.A.1 (Puerto Rico) 2013, 723 F.3d 24, on remand 2014 WL 12724978.

5. Since there is no agreement between the parties as to a different interest rate for *post-judgment* interest in this matter, the rate for *post-judgment* interest should be calculated at the rate set forth in 28 USC §1961.

WHEREFORE, while Dattco, Inc. does not oppose issuance of a writ of execution, it should be issued for the amount of the original judgment, plus *post-judgment* interest calculated per the provisions of 28 USC §1961.

> Dattco, Inc.,
> By its Attorneys,
> WILLIAMS & ASSOCIATES
>
> /s/ Christopher S. Williams
> Christopher S. Williams (CA1 Bar # 21699)
> (MA BBO# 528465)
> 47 St. Joseph Street, Suite 3
> Boston, MA 02130
> (617) 303-0909
> Fax: (617) 723-3355
> cwilliams@williams-lawyers.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2019, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Jonathon D. Friedmann, Esq., Rudolph Friedmann, LLP, 92 State Street, Boston MA 02109; and,

Robert E. Curtis, Jr., Esq., PO Box 571, North Andover MA 01845-0571.

> /s/ Christopher S. Williams
> Christopher S. Williams (CA1 Bar # 21699)