# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIMOLINER, INC., <br>    Plaintiff/Defendant-in-Counterclaim <br><br> V. <br><br><br> DATTCO, INC., <br>    Defendant/Plaintiff-in-Counterclaim | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. <br> 1:11-CV-11877-JCB |

## **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Plaintiff Limoliner, Inc.

I certify that I am admitted to practice in this Court.

DATED: 8/9/19

                                            Mark T. Rumson, Esq. (BBO#633576) <br>
                                            Rudolph Friedmann LLP <br>
                                            92 State Street <br>
                                            Boston, MA 02109 <br>
                                            (617) 723-7700 <br>
                                            MRumson@rflawyers.com

CERTIFICATE OF SERVICE

      I, Mark Rumson, certify that on August 9, 2019, I served an electric copy of this document via CM/ECF upon each party in this case including counsel of record: Christopher Shaw Williams, Williams & Associates, 685 Centre Street, Suite 208, Boston, MA 02130 (cwilliams@williams-lawyers.com) and Robert E. Curtis, Jr. P.O. Box 571 North Andover, MA 01845-0571 (rclp1845@gmail.com)

_____
Mark T. Rumson