| | |
|---|---|
| LIMOLINER, INC., )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>DATTCO, INC., )<br>    Defendant. ) | C.A. NO: 1:11-CV-11877-JCB |

## SATISFACTION OF JUDGMENT

Now come the parties in the above matter and hereby stipulate and agree that the judgment entered in this matter on October 14, 2014, in favor of plaintiff Limoliner, Inc. on its complaint and the Writ of Execution, issued by the Court on August 14, 2019, has been satisfied in full.

| | |
|---|---|
| Plaintiff, LimoLiner, Inc.<br>By its attorneys,<br>RUDOLPH FRIEDMAN LLP<br><br>/s/Jonathon Friedmann<br>Jonathon Friedmann (BBO# 180130)<br>92 State Street<br>Boston, MA 02109<br>(617) 723-7700<br>F: (617) 227-0313<br>jfriedmann@rflawyers.com | Defendant, DATTCO, Inc.,<br>By its attorneys,<br>WILLIAMS & ASSOCIATES<br><br>/s/ Christopher S. Williams<br>Christopher S. Williams (BBO# 528465)<br>685 Centre Street, Suite 208<br>Boston, MA 02130<br>(617) 303-0909<br>F: (617) 723-3355<br>cwilliams@williams-lawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants has identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 21, 2019.

/s/ Christopher S. Williams
Christopher S. Williams (BBO# 528465)